IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WARNER BROS. RECORDS INC,; UMG RECORDINGS, INC,; AND CAPITOL RECORDS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CLINTON PAAHAU, <br><br> Defendant. <br> _____ | CV 06-00320 SPK-KSC <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS OF FACT, AND CONCLUSIONS OF LAW |

Findings and Fact, Conclusions of Law and Recommendation re Plaintiffs' application for Entry of Default Judgment by the Court having been filed and served on all parties on February 6, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

DATED: Honolulu, Hawaii, February 27, 2007.



_____
Samuel P. King
Senior United States District Judge